UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY R. BROWN, JR. d/b/a
THE HAIR FACTORY,

    Plaintiff,

                                              Case No. 2:14-cv-12353
v.                                           Hon.  Lawrence P. Zatkoff

AMERICAN HAIRGOODS IMPORTER
ASSOCIATION; AMERICAN BEAUTY
SUPPLY ASSOCIATION; NATIONAL
BEAUTY SUPPLY DEALERS ASSOCIATION;
UMI, INC. d/b/a BEAUTY TIMES, and each of
these organization's owners and members, collectively,

    Defendants.

_____

## NOTICE OF DISMISSAL
## AS TO THE ABSA AND NBSDA

      Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Courtney R. Brown, Jr. d/b/a The Hair Factory ("Brown") hereby voluntarily dismisses his claims against the American Beauty Supply Association ("ABSA") and the National Beauty Supply Dealers Association ("NBSDA"), without prejudice.

Dated:  November 4, 2014

                SOMMERS SCHWARTZ, P.C.

                /s/ Lance C. Young
                Jason J. Thompson (P47184)
                Lance C. Young (P51254)
                Attorneys for Plaintiff
                One Towne Square, 17th Floor
                Southfield, MI 48076
                (248) 355-0300
                jthompson@sommerspc.com
                lyoung@sommerspc.com

## CERTIFICATE OF SERVICE

I certify that on November 4, 2014, I electronically filed a Notice of Dismissal as to the ABSA and NBSDA with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

On November 4, 2014, I mailed a copy of the Notice of Dismissal as to Defendants ABSA and NBSDA to the following defendants by regular U.S. mail at the following addresses:

National Beauty Supply Dealers Association
9501 Long Point, Ste. 1
Houston, TX  77055

American Beauty Supply Association
Attn:  Taewan Cho
938 Delvin Drive
St. Louis, MO  63141

                /s/ Lance C. Young
                Sommers Schwartz, P.C.
                One Towne Square, Suite 1700
                Southfield, MI  48076
                (248) 355-0300
                lyoung@sommerspc.com
                P51254