UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY R. BROWN, JR. d/b/a
THE HAIR FACTORY,

    Plaintiff,

v.

Case No. 2:14-cv-12353
Hon. Lawrence P. Zatkoff

AMERICAN HAIRGOODS IMPORTER
ASSOCIATION; AMERICAN BEAUTY
SUPPLY ASSOCIATION; NATIONAL
BEAUTY SUPPLY DEALERS ASSOCIATION;
UMI, INC. d/b/a BEAUTY TIMES, and each of
these organization's owners and members, collectively,

    Defendants.

---

**STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT UMI INCORPORATED**

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Courtney R. Brown, Jr. d/b/a The Hair Factory ("Brown") and Defendant UMI, Inc. d/b/a Beauty Times ("UMI"), stipulate as follows:

Having reviewed the arguments raised in UMI's Motion to Dismiss and to Quash Service of Process [Dkt. 14], the parties hereby consent to the Court's dismissal of Brown's claims against UMI without prejudice and without an award of costs or attorneys' fees to either party.

As such, IT IS HEREBY ORDERED that Brown's claims against UMI Incorporated are hereby dismissed without prejudice and without an award of costs or attorneys' fees to either party.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                Hon. Lawrence P. Zatkoff
                                                U.S. District Court

Dated:  November 5, 2014

Stipulated and Agreed:

November 4, 2014

| SOMMERS SCHWARTZ, P.C. | PLUNKETT COONEY |
|---|---|
| /s/ Lance C. Young | /s/ Anthony J. Rusciano |
| Jason J. Thompson (P47184) | Anthony J. Rusciano (P29834) |
| Lance C. Young (P51254) | Attorneys for UMI, Inc. d/b/a Beauty |
| Attorneys for Plaintiff | Times, only |
| One Towne Square, 17th Floor | 38505 Woodward Avenue, Suite 2000 |
| Southfield, MI 48076 | Bloomfield Hills, MI  48304 |
| (248) 355-0300 | (248) 901-4038 |
| jthompson@sommerspc.com | arusciano@plunkettcooney.com |
| lyoung@sommerspc.com | |