UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY R. BROWN, JR. d/b/a
THE HAIR FACTORY,

    Plaintiff,

v.

Case No. 2:14-cv-12353
Hon.  Lawrence P. Zatkoff

AMERICAN HAIRGOODS IMPORTER
ASSOCIATION; AMERICAN BEAUTY
SUPPLY ASSOCIATION; NATIONAL
BEAUTY SUPPLY DEALERS ASSOCIATION;
UMI, INC. d/b/a BEAUTY TIMES, and each of
these organization's owners and members, collectively,

    Defendants.

---

### STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT <u>AMERICAN HAIRGOODS IMPORTER ASSOCIATION</u>

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Courtney R. Brown, Jr. d/b/a The Hair Factory ("Brown") and Defendant American Hairgoods Importer Association ("AHIA"), stipulate as follows:

Brown and the AHIA have settled their claims on terms set forth in a confidential settlement agreement.  The parties hereby consent to the Court's dismissal of Brown's claims against the AHIA with prejudice and without an award of costs or attorneys' fees to either party.

As such, IT IS HEREBY ORDERED that Brown's claims against the American Hairgoods Importer Association are hereby dismissed with prejudice and without an award of costs or attorneys' fees to either party.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff<br>
Hon. Lawrence P. Zatkoff<br>
U.S. District Court Judge

Stipulated and Agreed:

December 9, 2014

| SOMMERS SCHWARTZ, P.C. | KERR, RUSSEL and WEBER, PLC |
|---|---|
| /s/ Lance C. Young | /s/ Fred K. Herrmann |
| Jason J. Thompson (P47184) | Fred K. Herrmann |
| Lance C. Young (P51254) | 500 Woodward Avenue, Suite 2500 |
| Attorneys for Plaintiff | Detroit, MI 48226 |
| One Towne Square, 17th Floor | Telephone: (313) 961-0200 |
| Southfield, MI 48076 | Fax: (313) 961-0388 |
| (248) 355-0300 | fherrmann@kerr-russell.com |
| jthompson@sommerspc.com | |
| lyoung@sommerspc.com | |